No. 98–6553. CHEESE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6554. ETHERIDGE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6556. GONZALEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6558. GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6560. HAWKINS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98–6562. FLAUGHER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–6564. FLUKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6565. FLOWERS v. COURT OF APPEALS OF WISCONSIN, DISTRICT I, ET AL. Sup. Ct. Wis. Certiorari denied.

No. 98–6572. CASTANEDA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–6573. RICHARDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6578. NANTROUP v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6579. LAWRENCE v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 98–6580. LEATHERWOOD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6582. SAINTE MARIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6583. MONTGOMERY v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 98–6584. BROWNE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.